JS-6 / STAY LIFTED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>NAVICO, INC., a California corporation; and DOES 1-10,<br><br>  Defendant. | Case No.: CV 21-6520-DMG (GJSx)<br><br>**JUDGMENT (PURSUANT TO RULE 68 OFFER OF JUDGMENT) [24]** |

Upon review of the acceptance by Plaintiff Ed Hull ("Plaintiff") of the Federal Rule of Civil Procedure, Rule 68 Offer of Judgment made by Defendant Navico, Inc. ("Defendant"),

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall have JUDGMENT in his favor in the amount of $13,500 against Defendant on all pending claims against Defendant in the above-captioned action, inclusive of attorneys' fees, litigation expenses, and costs incurred by Plaintiff.

Defendant will, consistent with Title III of the Americans with Disabilities Act, remediate any and all "barriers to access" (as defined below) that are identified by Plaintiff in his operative Complaint that do not conform to the ADA Standards for

1  Accessible Design.  "Barriers to access" shall mean any and all features of the facility in
2  question in this action that are under the custody and control of Defendant that do not
3  conform to the ADA Standards for Accessible Design (36 CFR Part 1191, App. B and
4  D), to the full extent such Standards are applicable to the various features of the facility
5  in question in this action.

7  DATED:  January 6, 2022

   _____
   DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE